SUPPRESSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CARLOS J. TURNER a/k/a "ASAP,"<br>DONTE C. MAXWELL a/k/a "STREETS,"<br>MICHAEL P. DAY a/k/a "PAW PAW,"<br>PAUL J. TAYLOR a/k/a "PAULIE,"<br><br>    Defendants. | CRIMINAL NO. 23-CR-40018-SMY<br><br>Title 21, United States Code<br>Sections 841 and 846<br><br>FILED<br>MAY 0 2 2023<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF ILLINOIS<br>BENTON OFFICE |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

### COUNT 1

**Conspiracy To Distribute Methamphetamine**

From on or about January 2022 until on or about December 2022, in Perry, Washington, Randolph, and St. Clair Counties, within the Southern District of Illinois, and elsewhere,

**CARLOS J. TURNER a/k/a "ASAP,"
DONTE C. MAXWELL a/k/a "STREETS,"
MICHAEL P. DAY a/k/a "PAW PAW," and
PAUL J. TAYLOR a/k/a "PAULIE**

defendants herein, did knowingly combine, conspire, and agree with others known and unknown to the Grand Jury, to knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the total amount of methamphetamine involved in the conspiracy was fifty (50) grams or more of actual methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A).

### COUNT 2

**Distribution of Methamphetamine**

On or about October 12, 2022, in St. Clair County, within the Southern District of Illinois,

**DONTE C. MAXWELL a/k/a "STREETS," and
CARLOS J. TURNER a/k/a "ASAP,"**

defendants herein, did knowingly and intentionally distribute methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

It is further alleged that the total amount of methamphetamine involved was fifty (50) grams or more of actual methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 3

### Distribution of Methamphetamine

On or about October 18, 2022, in St. Clair County, within the Southern District of Illinois,

**DONTE C. MAXWELL a/k/a "STREETS," and
CARLOS J. TURNER a/k/a "ASAP,"**

defendants herein, did knowingly and intentionally distribute methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

It is further alleged that the total amount of methamphetamine involved was fifty (50) grams or more of actual methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 4

### Distribution of Methamphetamine

On or about October 3, 2022, in Perry County, within the Southern District of Illinois,

**PAUL J. TAYLOR,**

defendant herein, did knowingly and intentionally distribute methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1).

It is further alleged that the total amount of methamphetamine involved was five (5) grams or more of actual methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(B).

## COUNT 5

### Distribution of Methamphetamine

On or about November 9, 2022, in Perry County, within the Southern District of Illinois,

**PAUL J. TAYLOR,**

defendant herein, did knowingly and intentionally distribute methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1).

It is further alleged that the total amount of methamphetamine involved was five (5) grams or more of actual methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(B).

## COUNT 6

### Distribution of Methamphetamine

On or about December 7, 2022, in Perry County, within the Southern District of Illinois,

**PAUL J. TAYLOR,**

defendant herein, did knowingly and intentionally distribute methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1).

It is further alleged that the total amount of methamphetamine involved was five (5) grams or more of actual methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(B).

*Rachelle A. Crowe*
RACHELLE AUD CROWE
United States Attorney

*[signature]*
GEORGE NORWOOD
Assistant United States Attorney

Recommended Bond: Detention