IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Case No. 23-cr-40018-SMY |
| ) | |
| MICHAEL P. DAY, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DETENTION

**DALY, Magistrate Judge:**

This case was called for a Bond Revocation Hearing on July 11, 2023. Defendant was present in open court. Defendant conceded violations and requested release. Argument from counsel was heard.

There being no conditions the Court could place on defendant's continued release which would adequately assure the safety of the witnesses and other persons in the community, and for the reasons stated on the record, the Government's Ex Parte Motion to Revoke Bond (Document No. 59) is **GRANTED**.

IT IS, THEREFORE, ORDERED THAT:

1. The defendant shall be COMMITTED to the custody of the United States Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant shall be AFFORDED reasonable opportunity for private consultation with his attorney or any person hired by his attorney for the purpose of preparing a defense; and

3. On Order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall DELIVER defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DATED: July 11, 2023**

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**