IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Criminal No. 23-CR-40018-SMY |
| CARLOS J. TURNER, ) | |
| DONTE C. MAXWELL, ) | |
| MICHAEL P. DAY, and ) | |
| PAUL J. TAYLOR, ) | |

**FIRST STATUS REPORT**

NOW COMES the United States of America, by and through its attorneys, Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, and George Norwood, Assistant United States Attorney, and states as follows:

1. This matter is currently scheduled for trial on October 10, 2023.

2. This Court directed the parties to confer and file a status report on or before September 13, 2023, regarding whether a trial or plea is anticipated.

3. Because of the number of defendants in this case, the government has contacted the defendant's counsel to get the status of their client's case. Here is the status of each defendant's case:

    - CARLOS TURNER – has not yet been arraigned.

    - DONTE MAXWELL - The defendant's counsel is in the process of reviewing discovery with his client. Defense counsel indicated that he will file a motion to continue.

- MICHAEL DAY – Defense counsel has filed a motion to continue on September 13, 2023. In that motion, defense counsel indicated that Defendant was not able to open the discovery sent to him, so on August 28, 2023, a second thumb drive was sent to the jail where Defendant is housed. Defendant has been able to view this discovery. Discovery is voluminous in this case and due to the foregoing, defense counsel indicates that he has not had adequate time to meet with his client and go over the discovery.

- PAUL TAYLOR – The parties are engaged in plea negotiations and additional time is needed to determine a resolution in this case. Defense counsel has filed a motion to continue on September 13, 2023, to afford the parties more time to resolve this case.

4. If any defendant chooses to go to trial, the government believes that the trial would be completed in approximately three or four (3-4) days.

Respectfully submitted,

RACHELLE AUD CROWE
United States Attorney

s/ George A. Norwood
GEORGE A. NORWOOD
Assistant United States Attorney
402 West Main, Suite 2A
Benton, Illinois 62912
(618) 439-3808
E-mail: george.norwood@usdoj.gov