UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
☒**Benton**   ☐East St. Louis

☐Initial Appearance   ☐Arraignment   ☒**Change of Plea**   ☐Plea to Indictment

**CRIMINAL NO. 23-CR-40018-SMY**　　　　　DATE: December 6, 2023

**U.S.A. vs. Paul J. Taylor**　　　　　　　　JUDGE: HON. STACI M. YANDLE
　☒Present  ☒Custody  ☐Bond

　　　　　　　　　　　　　　　　　　　　　Reporter: Chris LaBuwi
**DEFT. COUNSEL**: Judith Kuenneke
　☒Present  ☒Apptd.  ☐Retained  ☐Waived　　Deputy: Stacie Hurst

**GOVT. COUNSEL**: George Norwood　　　　　Time: 11:32 a.m. – 11:42 a.m.

---

☒ Defendant sworn
☐ Defendant advised of constitutional rights and nature of charge(s)s and possible penalties.
☒ Defendant withdraws plea of **Not Guilty** as to counts 4, 5, and 6 of the Indictment
☒ Plea:　☒ **Guilty** as to Counts 4, 5, and 6 of the Indictment

☒ No Plea Agreement　　☐ Plea Agreement　☐ Oral　☐ Written
☒ Government will move to dismiss Count 1 at sentencing.
☒ Court accepts plea of guilty and adjudges defendant guilty.
☒ Matter referred to U.S. Probation for pre-sentence investigation and report.
☒ Disposition set for **March 19, 2024, at 9:30 AM** in **Benton, Illinois** before Judge Staci M. Yandle.
☒ Jury Trial vacated.
☒ Defendant remanded to custody of U.S. Marshal
☒ Order of Detention previously entered to remain in full force and effect.

*☒ **No further notice will be given**